# IN THE SUPREME COURT OF PENNSYLVANIA

In re Transfer of Attorney to Administrative : No. 18 IDE
Suspension Status Pursuant to Pa.R.D.E. :
219(I)

: Nos. C4-21-128, C4-21-826, & C4-22-298
:
: Attorney Registration No. 323677
:
: (Erie County)

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2023, the Disciplinary Board having certified his name to the Court for failure to pay expenses taxed under Pa.R.D.E. 208(g)(3), Tyler Alan Lindquist is transferred to administrative suspension status. *See* Pa.R.D.E. 219(I). He shall comply with all the provisions of Pa.R.D.E. 217.